FILE COPY



## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 16, 2015

Randall S. Perrier
THE LAW OFFICE OF RANDALL S.
PERRIER, PC
4606 FM 1960 W, Suite 101
Houston, TX 77069
* DELIVERED VIA E-MAIL *

Greg White
Attorney at Law
4300 West Waco Drive, Suite B2-283
Waco, TX 76710
* DELIVERED VIA E-MAIL *

Celia S. Flowers
FLOWERS, DAVIS, PLLC
1021 ESE South Loop 323, Suite 200
Tyler, TX 75701
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  07-15-00272-CV, Trial Court Case Number: 07-15890-CV-B
**Style:** Susan Harrington and Kathleen Kilgore v. Magellan Pipeline Company, LP and
Lone Star NGL Pipeline, LP

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted and the brief was filed on **Tuesday, September 15, 2015**.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK